| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **17-CI-00326**<br>Court:    **CIRCUIT**<br>County: **BOONE** |

*Plantiff,* **WILSON, ANGELA VS. EQUIFAX, INC., ET AL**, *Defendant*

TO: **THE PRENTICE HALL CORPORATION SYSTEM**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**EQUIFAX, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Dianne Murray, Boone Circuit Clerk
Date: **03/09/2017**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

---

Summons ID: 4609173269835@00000306768,
CIRCUIT: 17-CI-00326 Certified Mail
WILSON, ANGELA VS. EQUIFAX, INC., ET AL



Page 1 of 1

**eFiled**

*Presiding Judge: HON. JAMES R. SCHRAND (654281)*
*Package : 000002 of 000010*

COMMONWEALTH OF KENTUCKY
BOONE CIRCUIT COURT
DIVISION _____
JUDGE _____
CASE NO. _____

**ANGELA WILSON**                                    PLAINTIFFS

v.

**EQUIFAX, INC.**                                    DEFENDANTS

<u>Serve:</u>
The Prentice Hall Corporation System
421 West Main Street
Frankfort, KY 40601

**TRUPARTER CREDIT UNION, INC.**
c/o KATHY HAAS, Registered Agent
1717 Western Avenue
Cincinnati, OH 45214

<u>Serve:</u>
KENTUCKY SECRETARY OF STATE

---

**COMPLAINT**

---

The Plaintiff, Angela Wislon, by counsel, for her Complaint against Defendant, Equifax, Inc. and TruPartner Credit Union, Inc., states as follows:

**INTRODUCTION**

1. This is an action for actual damages, statutory damages, and punitive damages brought by Plaintiff against the Defendants for willful, knowing, and/or negligent violations of Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of

the United States Code, specifically, 15 U.S.C. § 1681 et seq. (known as the "Fair Credit Reporting Act", hereafter the "*FCRA*"), which relates to the compilation and dissemination of consumer credit and other financial information. Plaintiff also asserts claims against the Defendants under state law for defamation, outrage, and invasion of privacy.

## JURISDICTION AND VENUE

2. Plaintiff Angela Wilson a resident of Madison, Jefferson County, Indiana.

3. Defendant, Equifax, Inc. ("*Defendant*" or "*Equifax*"), is a corporation organized and existing under the laws of the State of Georgia and is engaged in the business of acquiring, using, furnishing, and disseminating consumer information in the Commonwealth of Kentucky. Equifax has principal offices located in Atlanta, Georgia. Equifax is a "consumer reporting agency", as said term is defined and/or contemplated in the FCRA, with respect to the matters referenced herein.

4. Defendant TruPartner Credit Union, Inc. ("*TruPartner*"), is a non-profit corporation organized and existing under the laws of the state of Ohio. Defendant TruPartner is in the business of making and servicing consumer loans in the Commonwealth of Kentucky. Defendant TruPartner has principal offices located in Cincinnati, Ohio. At all pertinent times herein, TruPartner was a "furnisher," as said term is defined and/or contemplated in the FCRA, with respect to the matters referenced herein.

5. Plaintiff seeks damages in excess of the minimum damages available in this Court.

6. This Court has jurisdiction over this action by virtue of KRS 23A.010 and Kentucky's Constitution § 112(5).

7. Venue in this Court is proper because the Plaintiff resided in this county at pertient times, the conduct complained of occurred here, and Defendants transact business in this county.

## FACTS

8. In or around May 2015, Plaintiff sought to purchase a home to use as her primary residence. To finance the purchase, Plaintiff applied for a home loan with one or more lenders. However, Plaintiff's requests for credit were denied based on false, derogatory information in her Equifax consumer report furnished by TruPartner, including numerous late payments.

9. Thereafter, Plaintiff disputed the inaccurate information with TruPartner and Equifax, but to no avail. As a result, Plaintiff was unable to obtain a loan to purchase the home.

10. In or around October 2015, Plaintiff sought to purchase another home to use as her primary residence. To finance the purchase, Plaintiff applied for a home loan with one or more lenders. However, Plaintiff's requests for credit were denied based on the false late payment information in her Equifax consumer report furnished by TruPartner. As a result, Plaintiff was unable to obtain a loan to purchase the home.

11. On or about December 9, 2015, Plaintiff disputed the inaccurate information in her consumer file with Equifax. On or about December 24, 2015, Equifax completed its reinvestigation. However, Equifax failed to provide Plaintiff with the results of its reinvestigation and continued to report the late payment information.

12. In or around June of 2016, Plaintiff sought to purchase another home to use as her primary residence. To finance the purchase, Plaintiff applied for a home loan with one or more lenders. However, Plaintiff's requests for credit were denied based on the false late payment

Package:000005 of 000010
Presiding Judge: HON. JAMES R. SCHRAND (654281)
Package : 000005 of 000010

information in her Equifax consumer report furnished by TruPartners. As a result, Plaintiff was unable to obtain a loan to purchase the home.

13.   On or about June 24, 2016, TruPartner sent Equifax a universal data form with the corrected account information relating to Plaintiff (no late payments).

14.   On or about July 12, 2016, Polaris Home Funding Corporation denied Plaintiff's loan application based on 28 late payments on the TruPartner account.

15.   In or around July of 2016, Plaintiff sought to purchase another home to use as her primary residence. To finance the purchase, Plaintiff applied for a home loan with one or more lenders.

16.   On or about August 11, 2016, a prospective lender, Geneva Financial, LLC, denied Plaintiff's home loan application because Equifax failed to give a credit score for Plaintiff. As a result, Plaintiff's loan application was denied. Although she could not be on the loan, her husband was able to obtain sufficient financing to purchase the home.

17.   On or around August 24, 2016 and thereafter, Plaintiff requested her consumer disclosure and score from Equifax and disputed the completeness of her file. Equifax responded by requesting additional information from Plaintiff, which she provided. However, Equifax ultimately failed to provide a consumer disclosure or credit score to Plaintiff.

18.   Thereafter, in November 2016, Plaintiff applied for a loan to cover funeral expenses for her daughter. The loan application was denied based on the incomplete or false information in Equifax's file, or the absence of a credit score, or both.

19.   As a direct and proximate result of the conduct of Defendants, Plaintiff suffered actual damages, including but not limited to emotional and mental anguish, turmoil, stress,

embarrassment, humiliation, emotional distress, inconvenience, loss of privacy, credit denials, pecuniary loss, loss of credit opportunities and commercial viability, harm to reputation, postage and other expenses, and decrease to her credit score, credit rating, and perceived credit worthiness.

20. The Defendants' conduct and/or inaction as alleged herein was intentional, malicious, fraudulent, oppressive, and was carried out in reckless disregard for the rights of Plaintiff, warranting imposition of the maximum statutory penalties under the law and punitive damages.

## COUNT I
## WILLFUL NONCOMPLIANCE WITH THE FCRA

21. Between approximately May 2015 and the present, Defendant, Equifax, willfully failed to comply with the requirements of the FCRA, by, inter alia:

    a. failing to follow reasonable procedures to assure maximum possible accuracy of the information concerning the Plaintiff in her consumer file, in violation of 15 U.S.C. § 1681e(a);

    b. failing to conduct a reasonable reinvestigation to determine whether the information disputed by Plaintiff is inaccurate and record the current status of the disputed information, or delete the item from the file, within thirty (30) days of receipt of Plaintiff's dispute, in violation of 15 U.S.C. § 1681i(a)(1)(A);

    c. failing to disclose all information in Plaintiff's consumer file to Plaintiff upon request, in violation of 15 U.S.C. § 1681g(a);

    d. failing to disclose a current credit score and related information to Plaintiff upon request, in violation of 15 U.S.C. § 1681g(f); and,

e. failing to notify Plaintiff of the results of its reinvestigation within five (5) days after completion of its reinvestigation, in violation of 15 U.S.C. § 1681i(a)(6)(A).

22. Between approximately May 2015 and the present, Defendant TruPartner willfully failed to comply with the requirements of the FCRA, by, *inter alia*:

a. failing to conduct an investigation with respect to the disputed information, in violation of 15 U.S.C. § 1681s-2(b)(1)(A);

b. failing to review all relevant information provided by the consumer reporting agency concerning the Plaintiff, in violation of 15 U.S.C. § 1681s--2(b)(1)(B); and,

c. failing to modify, delete, or permanently block the reporting of inaccurate, incomplete, or unverifiable information relating to Plaintiff, to consumer report agencies, in violation of 15 U.S.C. § 1681s-2(b)(1)(E).

23. As a result of the Defendants' willful violations of the FCRA, Plaintiff has suffered harm and the Defendants are liable to Plaintiff for actual damages, statutory damages, punitive damages, plus attorney's fees and costs.

## COUNT II
## NEGLIGENT NONCOMPLIANCE WITH THE FCRA

24. In the alternative, Defendants were negligent in failing to comply with the requirements of the FCRA and are liable to Plaintiff for actual damages, plus attorney's fees and costs.

## COUNT III
## INTENTIONAL OR NEGLIGENT INFLICTION
## OF EMOTIONAL DISTRESS

25. Defendants' conduct as herein alleged was intentional, reckless, or negligent.

Package:000008 of 000010    Presiding Judge: HON. JAMES R. SCHRAND (654281)    Package : 000008 of 000010

26. Defendants' conduct was so outrageous and intolerable so as to offend generally accepted standards of morality and decency.

27. Defendants' conduct as herein alleged was a cause of Plaintiff's emotional distress.

28. Plaintiff's emotional distress was severe.

29. At law, Plaintiff is entitled to an award of compensatory damages against the Defendants.

30. Pursuant to KRS 411.184(2), Plaintiff is entitled to an award of punitive damages against the Defendants.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Angela Wilson, by counsel, demands a judgment against Defendants for the following relief:

a. actual damages;

b. statutory damages;

c. punitive damages;

d. attorney's fees and costs;

e. pre- and post-judgment interest; and,

f. any other relief to which Plaintiff may appear entitled.

Respectfully submitted,

TAYLOR COUCH PLLC

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
2815 Taylorsville Road, Suite 101
Louisville, Kentucky 40205
Phone | Fax: (502) 625-5000
ztaylor@taylorcouchlaw.com

*Counsel for Plaintiff*

Dianne Murray, Boone Circuit Clerk
6025 Rogers Lane, Room 141
Burlington, KY 41005

THE PRENTICE HALL CORPORATION SYSTEM
421 WEST MAIN STREET
FRANKFORT, KY 40601



# KCOJ eFiling Cover Sheet

Case Number: 17-CI-00326

Envelope Number: 460917

Package Retrieval Number: 4609173269835@00000306768

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 11.72

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.



7016 2140 0000 9216 9174

$007.50

Dianne Murray
Circuit Court Clerk
Boone Circuit & District Courts
Boone County Justice Center
6025 Rogers Lane
Burlington, Kentucky 41005

CI 17-CI-00326
654281

THE PRENTICE HALL CORPORATION SYSTEM
421 WEST MAIN STREET
FRANKFORT KY 40601