IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| ANGELA WILSON | } |
| Plaintiff, | } CASE NO. 2:17-cv-00055-DLB-CJS |
| v. | } |
| EQUIFAX, INC. *et al.* | } |
| Defendant. | } |

**NOTICE OF SETTLEMENT**

The Plaintiff, Angela Wilson, by counsel, hereby provides notice that she has resolved her claims against Defendant, TruPartner, by agreement. The parties anticipate filing papers with the Court dismissing this action upon consummation of the agreement.

Respectfully submitted,

**TAYLOR COUCH PLLC**

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
NINA B. COUCH
130 Saint Matthews Avenue, Suite 301
Louisville, Kentucky 40207
ztaylor@taylorcouchlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify a copy hereof will be electronically transmitted to all counsel of record via the Court's ECF/CM filing system on this the 8th of November, 2018.

                                      */s/ Zachary L. Taylor*
                                      ZACHARY L. TAYLOR