Eastern District of Kentucky
**FILED**

IN THE UNITED STATES DISTRICT COURT **DEC 18 2018**
FOR THE EASTERN DISTRICT OF KENTUCKY   AT COVINGTON
COVINGTON DIVISION   ROBERT R. CARR
CLERK U.S. DISTRICT COURT

ANGELA WILSON }
}
Plaintiff, } CASE NO. 2:17-cv-00055-DLB-CJS
}
v. }
}
EQUIFAX INFORMATION }
SERVICES, LLC *et al.* }
}
Defendants. }

---

### STIPULATION AND AGREED
### ORDER DISMISSING

---

On agreement of the parties, Plaintiff Angela Wilson, Defendant Equifax Information

Services, LLC, and TruPartner Credit Union, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED as follows:

Plaintiff's claims in the herein action are hereby DISMISSED, with prejudice. This is a final and

appealable order.

**It is so ordered.**

18 Dec. 18

Signed By:
*David L. Bunning*
United States District Judge

AGREED TO BY:

N. Charles Campbell, II
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
ccampbell@kslaw.com
(404)-572-2748 (direct)
(404)-572-5100 (fax)

*/s/ John Williams (with permission)*
John Williams
Rajkovich, Williams, Kilpatrick & True
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
(859) 245-1059
Williams@rwktlaw.com

*Counsel for Equifax Information
Services LLC*

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
NINA COUCH
TAYLOR COUCH PLLC
130 Saint Matthews Avenue, Suite 301
Louisville, Kentucky 40207
Phone: (502) 625-5000
ztaylor@taylorcouchlaw.com
ncouch@taylorcouchlaw.com

*/s/ Jason A. Mosbaugh (with permission)*
Jason A. Mosbaugh
Weltman, Weinberg, and Reis, Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202
*Counsel for TruPartner Credit Union, Inc.*

2